01

02

03

04

05                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
06                          AT SEATTLE

07   UNITED STATES OF AMERICA,          )   CASE NO. CR23-053 RAJ
                                         )
08           Plaintiff,                  )
                                         )
09           v.                          )   DETENTION ORDER
                                         )
10                                       )
     MOHAMED ABDIRISAK MOHAMED,          )
11                                       )
                                         )
12           Defendant.                  )
     _____
13

14   OFFENSES CHARGED

15   Count 1 -  Conspiracy to Distribute Fentanyl, 400 gr or more of a mixture or and substance

16   containing a detectable amount of fentanyl

17   Count 2 -Possession of fentanyl with intent to distribute, 400 gr or more, 11/28/22

18   Count 3 – Convicted felon in possession of a firearm, 11/28/22

19   Count 4 – Carrying a firearmdDuring and in furtherance of a drug trafficking crime, 11/28/22

20   Count 15 – Possession of fentanyl with intent to distribute – 400 grams or more, 03/31/23

21   Count 16 – Convicted felon in possession of a firearm, 03/31/23

22   Count 17 – Carrying a firearm during and in relation to a drug trafficking crime, 03/31/23

DETENTION ORDER
PAGE -1

01 | Date of Detention Hearing:    04/17/23

02 |     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

03 | based upon the factual findings and statement of reasons for detention hereafter set

04 | forth, finds that no condition or combination of conditions which defendant can meet

05 | will reasonably assure the safety of other persons and the community and defendant's

06 | appearances as required in this case.

07 |

08 |     FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

09 | (1) At least five of the seven counts charge an offense which gives rise to a rebuttable

10 |     presumption of detention.   While defendant has presented some evidence on the

11 |     issue of detention, that evidence has not sufficiently rebutted the presumption.

12 | (2) Defendant is facing charges which carry maximum sentences of life imprisonment,

13 |     and mandatory minimums of ten years.

14 | (3) Defendant was driving a vehicle on November 28, 2022.  The vehicle contained four

15 |     thousand fentanyl pills, drug packaging material, and a stolen firearm.  Defendant

16 |     was again arrested on March 31, 2023.  He was in possession of 10,000 fentanyl

17 |     pills and a handgun.  Further investigation strongly confirmed that defendant was

18 |     engaged in substantial trafficking in controlled substances.

19 | (4) Defendant's possession of substantial amount of fentanyl, which are very dangerous

20 |     drugs, and his possession of firearms apparently to protect those drugs, emphasize

21 |     his danger to other persons and the community

22 |     (5)  Defendant has prior felony convictions for first-degree and second-degree

DETENTION ORDER
PAGE -2

01  robbery.

02      (6) Defendant has engaged in extensive international travel.  Given the extremely

03      lengthy potential sentences, there would be a significant incentive for him to flee, if

04      released on bond.

05      It is therefore ORDERED:

06      1,      Defendant shall be detained pending trial and committed to the custody of the

07  Attorney General for confinement in a correction facility separate, to the extent practicable,

08  from persons awaiting or serving sentences or being held in custody pending appeal;

09      2.      Defendant shall be afforded reasonable opportunity for private consultation

10  with counsel;

11      3,  On order of the United States or on request of an attorney for the Government, the

12  person in charge of the corrections facility in which defendant is confined shall deliver the

13  defendant to a United States Marshal for the purpose of an appearance in connection with a

14  court proceeding;

15      4.  The Clerk shall direct copies of this Order to counsel for the United States, to

16      counsel for the defendant, to the United States Marshal, and to the United States

17      Pretrial Services Officer.

18      DATED this 17th day of April, 2023.

19

20      John L. Weinberg
        United States Magistrate Judge

21

22

DETENTION ORDER
PAGE -3