HONORABLE RICHARD JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOHAMED ABDIRISAK MOHAMED,<br><br>　　　　　Defendant. | No. 2:23-cr-00053-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

　　　THIS MATTER comes before the Court upon Defendant's Motion to Seal the *Ex Parte* Motion to Withdraw as Counsel of Record.  Dkt. 203.  Having considered the motion, the Court finds that the confidential information contained in the document, if made public, could result in irreparable harm to the Defendant.  The Court further finds that the right of access is outweighed by the interests of both the public and the parties in protecting the substance of this document from public view, and that there is compelling reason to order that the *Ex Parte* Motion to Withdraw as Counsel of Record be sealed.

　　　Having found good cause, the Court **GRANTS** the Motion to Seal.

　　　DATED this 24th day of June, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION TO SEAL - 1