The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. 2:23-cr-00053-RAJ |
|---|---|
| Plaintiff, | ) ORDER GRANTING MOTION TO |
| vs. | ) WITHDRAW AND SUBSTITUTE |
|  | ) COUNSEL |
| MOHAMED ABDIRISAK MOHAMED, | ) |
| Defendant. | ) |

THIS MATTER, comes before the court on Defendant's motion for an order permitting his appointed counsel Abigail Cromwell to withdraw as counsel of record for Mr. Mohamed and permitting Albert Didcock to substitute as Defendant's counsel.

The Court GRANTS the motion (Dkt. 224) and orders that Abigail Cromwell may withdraw as counsel of record and that Albert Didcock is substituted as defendant's counsel.

DATED this 16th day of August, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW
AND SUBSTITUTE COUNSEL - 1

