The Honorable Richard A. Jones

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-cr-00053-RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE SENTENCING |
| v. | |
| MOHAMED ABDIRISAK MOHAMED, | |
| Defendant. | |

THIS MATTER, comes before the Court on Defendant Mohamed Abdirisak Mohamed's motion for an order continuing his sentencing hearing for approximately forty-five to sixty days.

Finding good cause, the Court GRANTS the motion (Dkt. 236) and orders that Mr. Mohamed's sentencing hearing is continued to **January 10, 2025 at 9:00 a.m.**

DATED this 17th day of October, 2024.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO CONTINUE SENTENCING - 1

