The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. 2:23-cr-00053-RAJ |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING UNOPPOSED |
| | ) MOTION TO CONTINUE |
| MOHAMED ABDIRISAK MOHAMED, | ) SENTENCING |
| | ) |
| Defendant. | ) |

THIS MATTER, comes before the Court upon Defendant Mohamed Abdirisak Mohamed's motion for an order continuing his sentencing hearing approximately forty-five to sixty days.

The Court GRANTS the motion (Dkt. 238) and orders that Mr. Mohamed's sentencing hearing shall be rescheduled for **March 7, 2025 at 11:00 a.m.**

DATED this 19th day of December, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge