The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMED MOHAMED,<br><br>Defendant. | No. 2:23-cr-00053-RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE SENTENCING |

THIS MATTER, comes before the court on Mr. Mohamed's unopposed motion for an order continuing his sentencing hearing approximately forty five to sixty days. Having considered the motion and the files and pleadings herein, the Court GRANTS the motion (Dkt. 242) and continues the sentencing hearing to Friday, May 9, 2025, at 10:00 a.m.

DATED this 27th day of February, 2025.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO CONTINUE SENTENCING - 1

