Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMED ABDIRISAK MOHAMED,<br><br>Defendant. | No. 2:23-cr-00053-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant Mohamed Abdirisak Mohamed's Motion to Withdraw Guilty Plea (Dkt. # 244).  The Court having considered Defendant's motion, the Government's response, the Defendant's reply, the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant Mohamed's Motion to Withdraw Guilty Plea (Dkt. # 244) is **DENIED**.  The Court will enter a substantive order setting forth the factual and legal bases for its decision at a later date.  The sentencing hearing in this matter shall proceed as scheduled on May 9, 2025 at 10:00 a.m.

DATED this 29th day of April, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1