Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MOHAMED ABDIRISAK MOHAMED,<br>Defendant. | No. 2:23-cr-00053-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant's unopposed Motion for Request of Legal Proceedings Documents. The Court having considered Defendant's motion, the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant's Motion for Request of Legal Proceedings Documents Dkt. 273, is GRANTED. The Court directs that copies of the docket sheet, Judgment, sentencing transcript, Indictment, and Plea Agreement shall be provided to Defendant, along with a copy of this Order. The Court waives the copying fees associated with this request.

DATED this 20th day of October, 2026.

The Honorable Richard A. Jones
United States District Judge